Lothar Goernitz
P. O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) |
| TINKER, BRIAN K. | ) CASE NO. 09-06268-PHX-SSC |
| TINKER, LOUANNE L. | )  **AMENDED** |
| | ) NOTICE OF PROPOSED |
| Debtor(s) | ) DISTRIBUTION |
| | ) |
| | ) |

TO:   ALL CLAIMANTS, DEBTOR(S) AND OTHER INTERESTED PARTIES

PLEASE TAKE NOTICE that the Trustee has filed the Trustee's Final Account and Report and proposes the following distribution of the funds collected from administration of the Estate:

1. The report of Trustee shows:

   Total Receipts                                                                                          $12,004.77

   Disbursements:

   | Paid To | Reason | Amount |
   |---|---|---|
   | LANE & NACH, P.C. | ATTORNEY FEES & EXPENSES APPROVED | $3,134.00 |
   | LANE & NACH, P.C. | ATTORNEY FEES & EXPENSES APPROVED | $43.45 |
   | Bank of America | BANK SERVICE FEE | $11.25 |
   | Bank of America | BANK SERVICE FEE | $10.87 |
   | Bank of America | BANK SERVICE FEE | $10.86 |
   | Bank of America | BANK SERVICE FEE | $11.53 |
   | Bank of America | BANK SERVICE FEE | $10.44 |
   | Bank of America | BANK SERVICE FEE | $10.79 |
   | Total Disbursements | | $3,243.19 |

   Balance on hand:                                                                                        $8,761.58

2. The Trustee has allowed claims as set forth on the attached Trustee's Proposed Distribution. Only those claims which <u>may</u> receive a dividend have been listed.

Any party who has an objection to the above applications for fees and expenses or to the Trustee's Report of Allowed Claims must file their written objection <u>within twenty days of the date of the mailing of this notice.</u> The proposed distribution is dependent on the Court's ruling on the allowance of administrative expenses, additional Court costs, remaining contests of claims and objections to this proposed distribution.

Objections to this proposed distribution must be in writing and filed with the Clerk, CLERK, U.S. BANKRUPTCY COURT, 230 N. 1ST AVE, SUITE 101, PHOENIX, AZ 85003-1706, and copies of the objections **must** be mailed to the Trustee: <u>Lothar Goernitz, P. O. Box 32961, Phoenix, AZ 85064</u> and UNITED STATES TRUSTEE, 230 N. 1ST AVE., SUITE 204, PHOENIX, AZ 85003-1706.

If no objections are filed within the designated time, no further hearings will be held and the Trustee will make the distribution as noticed.

NOTICE IS FURTHER GIVEN that any exhibits offered or admitted into evidence that remain in the custody of the Clerk or any books or records of the debtor in the custody of the Trustee will be disposed of unless written request for their return is filed <u>within twenty days of the date of the mailing of this notice.</u>

## AMENDED
## TRUSTEE'S PROPOSED DISTRIBUTION

ADMINISTRATIVE EXPENSES:

| APPLICANT | FEES | EXPENSES | TOTAL ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| Lothar Goernitz | $1,950.48 | $98.99 | $2,049.47 | $2,049.47 |
| LANE & NACH, PC | $3,134.00 | $43.45 | $3,177.45 | $0.00 |

CLAIMS:

| TYPE OF CLAIM | CLAIM NO. | CLAIM NAME | AMOUNT OF CLAIM ALLOWED | AMOUNT TO BE PAID |
|---|---|---|---|---|
| SECURED | 1 | CHASE HOME FINANCE, LLC | $418,196.10 | $0.00 |
| **Subtotals for Class SECURED** | | | | **$0.00** |
| UNSECURED | 2 | FIA CARD SERVICES, N.A. | $24,701.87 | $1,814.51 |
| UNSECURED | 3 | CHASE BANK USA NA | $13,726.35 | $1,008.29 |
| UNSECURED | 4 | CHASE BANK USA NA | $13,514.24 | $992.71 |
| UNSECURED | 5 | CHASE BANK USA NA | $24,113.25 | $1,771.27 |
| UNSECURED | 6 | ECAST SETTLEMENT CORP | $4,402.02 | $323.36 |
| UNSECURED | 7 | U.S. BANK N.A. | $10,917.59 | $801.97 |
| **Subtotals for Class UNSECURED** | | | | **$6,712.11** |
| **Total** | | | | **$8,761.58** |

ONLY those claims which may receive a dividend have been listed. The proposed distribution is dependent on the Court's ruling on the allowance of administrative expenses, additional Court costs, remaining contests of claims, additional interest and objections to this proposed distribution.

DATED: May 2, 2013

_/s/ Lothar Goernitz_
Lothar Goernitz, Trustee

REVIEW OF UNITED STATES TRUSTEE & AUTHORIZATION TO MAKE DISTRIBUTION

I have reviewed the Trustee's Final Report and Proposed Distribution, and authorize the payment of dividends to creditors after: all creditors and interested parties have been noticed and no objections are timely filed; or if any objections are filed, they have been resolved with a final non-appealable order. If the net proceeds do not exceed $1,500 and each chapter 7 application for compensation or reimbursement of expense does not exceed $1,000, notice to creditors is not required.

ILENE LASHINSKY
United States Trustee
District of Arizona

Date: 5/8/2013

By: _/s/ Coleen Craig_